# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Chin Lee a/k/a Chin Young Young a/k/a Chin Young Lee a/k/a Lee Chin, | Case No.: 1:25-cv-00447 |
| Plaintiff, | |
| -against- | **NOTICE OF SETTLEMENT** |
| Equifax Information Services LLC; Experian Information Solutions, Inc.; Trans Union LLC a/k/a Transunion; Bank Of Hope; and KeyBank N.A., | |
| Defendants. | |

Now comes Plaintiff Chin Lee a/k/a Chin Young Young a/k/a Chin Young Lee a/k/a Lee Chin ("Plaintiff") by and through counsel, to provide notice to the Court that the present cause has been settled between the Plaintiff, and Defendant KeyBank N.A., only, and state:

1.      A settlement agreement ("Agreement") is in the process of being finalized. Once the Agreement is fully executed, and Plaintiff has received the consideration required pursuant to the Agreement, the parties will submit a Stipulation of Voluntary Dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(ii).

2.      The parties respectfully request that the Court stays this case and adjourns all deadlines and conferences as they pertain to KeyBank N.A., only,  and request the Court provide that the parties may seek to reopen the matter for forty-five (45) days to assure that the Agreement is executed, and all terms of settlement have been consummated.

Dated: Brooklyn, New York
      March 3, 2025

          **PETROFF AMSHEN LLP**
          *Attorneys for Plaintiff,*
          Chin Lee

          */s/ Serge F. Petroff*
          Serge F. Petroff, Esq. (SP9522)
          1795 Coney Island Avenue, Third Floor
          Brooklyn, New York 11230
          Telephone: (718) 336-4200
          Email: spetroff@petroffamshen.com