UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Chin Lee a/k/a Chin Young Young a/k/a Chin Young Lee a/k/a Lee Chin, <br><br> Plaintiff, <br><br> -against- <br><br> Equifax Information Services LLC; Experian Information Solutions, Inc.; Trans Union LLC a/k/a Transunion; Bank of Hope; and KeyBank N.A., <br><br> Defendants. | Case No.: 1:25-cv-00447-NCM-JAM <br><br> **NOTICE OF SETTLEMENT** |

Now comes Chin Lee a/k/a Chin Young Young a/k/a Chin Young Lee a/k/a Lee Chin ("Plaintiff") by and through counsel, to provide notice to the Court that the present cause has been settled between the Plaintiff and Experian Information Solutions, Inc., and Equifax Information Services LLC, and state:

1. Settlement agreements ("Agreements") are in the process of being finalized. Once the Agreements are fully executed, and Plaintiffs have received the consideration required pursuant to the Agreements, the parties will submit a Stipulation of Voluntary Dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(ii).

2. The parties respectfully request that the Court stays this case and adjourns all deadlines and conferences as they pertain to Experian Information Solutions, Inc. and Equifax Information Services LLC, and request the Court provide that the parties may seek to reopen the matter for forty-five (45) days to assure that the Agreements are executed, and all terms of settlement have been consummated.

Dated: Brooklyn, New York
      March 14, 2025

    **PETROFF AMSHEN LLP**
    *Attorneys for Plaintiff,*
    Chin Lee a/k/a Chin Young Young a/k/a Chin Young Lee a/k/a Lee Chin

    */s/ Serge F. Petroff*
    Serge F. Petroff, Esq. (SP9522)
    1795 Coney Island Avenue, Third Floor
    Brooklyn, New York 11230
    Telephone: (718) 336-4200
    Email: spetroff@petroffamshen.com