UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Chin Lee a/k/a Chin Young Young a/k/a Chin Young Lee a/k/a Lee Chin,<br><br>                      Plaintiff,<br><br>-against-<br><br>Equifax Information Services LLC; Experian Information Solutions, Inc.; Trans Union LLC a/k/a Transunion; Bank of Hope; and KeyBank N.A.,<br><br>                      Defendants. | Case No.: 1:25-cv-00447-NCM-JAM |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i), Plaintiff Chin Lee a/k/a Chin Young Young a/k/a Chin Young Lee a/k/a Lee Chin, by and through her undersigned counsel, Petroff Amshen LLP, hereby gives notice that the complaint against Defendant KeyBank N.A. is voluntarily dismissed with prejudice.

Dated: Brooklyn, New York
         March 19, 2025

                                                 **PETROFF AMSHEN LLP**
                                                 *Attorneys for Plaintiff,*
                                                 Chin Lee a/k/a Chin Young Young a/k/a Chin Young Lee a/k/a Lee Chin,

                                                 */s/ Serge F. Petroff*
                                                 Serge F. Petroff, Esq. (ID No. SP9522)
                                                 1795 Coney Island Avenue, Third Floor
                                                 Brooklyn, New York 11230
                                                 Telephone: (718) 336-4200
                                                 Email: spetroff@petroffamshen.com