UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Chin Lee a/k/a Chin Young Young a/k/a Chin Young Lee a/k/a Lee Chin,<br><br>                    Plaintiff,<br><br>-against-<br><br>Equifax Information Services LLC; Experian Information Solutions, Inc.; Trans Union LLC a/k/a Transunion; Bank of Hope; and KeyBank N.A.,<br><br>                    Defendants. | Case No.: 1:25-cv-00447-NCM-JAM |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i), Plaintiff Chin Lee a/k/a Chin Young Young a/k/a Chin Young Lee a/k/a Lee Chin, by and through her undersigned counsel, Petroff Amshen LLP, hereby gives notice that the complaint against Defendant Equifax Information Services LLC and Defendant Experian Information Solutions, Inc., is voluntarily dismissed with prejudice.

Dated: Brooklyn, New York
           March 27, 2025

                                                            **PETROFF AMSHEN LLP**
                                                            *Attorneys for Plaintiff,*
                                                            Chin Lee a/k/a Chin Young Young a/k/a Chin Young Lee a/k/a Lee Chin

                                                            */s/ Serge F. Petroff*
                                                            Serge F. Petroff, Esq. (ID No. SP9522)
                                                            1795 Coney Island Avenue, Third Floor
                                                            Brooklyn, New York 11230
                                                            Telephone: (718) 336-4200
                                                            Email: spetroff@petroffamshen.com